AO 10*
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Meyer, Jeffrey A. | U.S. District Court, Connecticut | 08/04/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☑ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

U.S. Courthouse
141 Church Street
New Haven, CT 06510

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Senior Research Scholar in Law and Visiting Lecturer in Law | Yale Law School |
| 2. | Director | Harry A. Blackmun Scholarship Foundation (inactive) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Yale Law School | $12,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Quinnipiac University School of Law - salary |
| 2. 2015 | Amherst College - salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Aspen Institute | July 24-26, 2015 | Manhasset, NY | Educational seminar | Meals, lodging, transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Hopkins School, New Haven, CT | Private secondary school for child | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Meyer, Jeffrey A. | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Peoples United Bank cash accounts | | None | J | T | | | | | |
| 2. US savings bonds (Series EE) | | None | J | T | | | | | |
| 3. Brokerage account (H) | | | | | | | | | |
| 4. -T. Rowe Price Blue Chip Growth Fund | B | Dividend | K | T | | | | | |
| 5. -SPY Spdr S&P 500 ETF | A | Dividend | J | T | | | | | |
| 6. IRA account #1 (H) | | | | | | | | | |
| 7. -Schwab Markettrack All Equity | B | Dividend | K | T | | | | | |
| 8. IRA account #2 (H) | | | | | | | | | |
| 9. -Schwab Markettrack All Equity (Y) | B | Dividend | | | Sold | 03/09/15 | M | E | |
| 10. -SPY SPDR S&P 500 ETF (X) | A | Dividend | M | T | Buy | 04/21/15 | M | | |
| 11. -T. Rowe Price Blue Chip Growth Fund | A | Dividend | K | T | | | | | |
| 12. TIAA/CREF retirement account #1 (H) | | | | | | | | | |
| 13. -TIAA Traditional | A | Interest | K | T | | | | | |
| 14. -CREF Bond Market | | None | K | T | | | | | |
| 15. -CREF Equity Index | | None | M | T | | | | | |
| 16. -TIAA-CREF S&P 500 Index (X) | | None | L | T | Buy | 06/15/15 | L | | |
| 17. -TIAA Real Estate | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Meyer, Jeffrey A. | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -TIAA Global Equities (Y) | | | | | Sold | 06/15/15 | L | | |
| 19.  TIAA/CREF retirement account #2 (H) | | | | | | | | | |
| 20.  -TIAA Traditional | D | Interest | N | T | | | | | |
| 21.  -CREF Social Choice | | None | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Meyer, Jeffrey A. | 08/04/2016 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - As indicated in this section for for my 2014 report, neither I nor my spouse as of 2014 any longer serve as trustees for previously listed "Trusts #1/#2/#3" and the respective investment assets that were previously listed for these trusts on my 2014 reporting form.

Part VII - Please note that TIAA-CREF does not furnish information about any income/dividends that may accrue for its sub-accounts. I have added estimated interest for the TIAA Traditional interest-bearing accounts on the basis of TIAA-CREF's report of 3.8% interest. Nor does TIAA-CREF report any "Gain" from the disposition of the Global Equities Fund and re-investment in S&P 500 Index; accordingly, I have left the "Gain" column blank for this transaction.

NOTE RE AMENDED FILING:

In response to a query letter from the Committee on Financial Disclosure dated August 4, 2016, I have filed this amended financial statement in two ways to furnish additional information about income and values from TIAA-CREF accounts. First, I have amended Column B(2) for Part VII, Lines 14-17 and Line 21 to reflect "None" for "Income during reporting period." Although it is possible for me to estimate income received for the TIAA Traditional asset ((Parts VII, Lines 13 and 20) because TIAA-CREF reports the prevailing interest rate of 3.8% that applies to this asset class, no such calculation is possible for the remaining TIAA-CREF assets reported at Lines 14-17 and 21. TIAA-CREF advised me by telephone call on May 31, 2013, that for non-TIAA-traditional assets such as those in Lines 14-17 and 21 that it is not possible to ascertain to what extent any growth in asset value is attributable to dividend reinvestment, sales, or interest, as opposed to capital appreciation. No such distinction appears on account statements. Accordingly, I am listing "None" for income for each of these assets, because this is consistent with the filing instructions (p.40) that state in relevant part that "Certain retirement and investment funds do not credit income to the individual accounts but instead report a 'unit value' to participants. If no income is reported as having been credited to the filer's account, leave Column B(1) blank and enter 'None' in Column B(2)." Second, I have amended Column C(2) of Part VII, Lines 13-17 and 20-21 to reflect "T" as the method of valuation for each of the active assets within the TIAA-CREF accounts.

| Name of Person Reporting | Date of Report |
|---|---|
| Meyer, Jeffrey A. | 08/04/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeffrey A. Meyer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544